No. 85–1704. WOOL *v.* UNITED STATES DISTRICT COURT FOR THE DISTRICT OF VERMONT. C. A. 2d Cir. Certiorari denied.

No. 85–1707. MOODY ET AL. *v.* UNITED STATES ET AL. C. A. 6th Cir. Certiorari denied.

No. 85–1721. SCHAUT *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 85–1727. SHERROD ET AL., CO-EXECUTORS OF THE ESTATE OF SHERROD *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 11th Cir. Certiorari denied.

No. 85–1728. GARCIA *v.* BOARD OF EDUCATION OF THE SOCORRO CONSOLIDATED SCHOOL DISTRICT ET AL. C. A. 10th Cir. Certiorari denied.

No. 85–1730. NEW JERSEY *v.* HACKETT. Super. Ct. N. J., App. Div. Certiorari denied.

No. 85–1737. LOVE *v.* SUMMIT COUNTY ET AL. C. A. 10th Cir. Certiorari denied.

No. 85–1741. AMERICAN MINING CONGRESS ET AL. *v.* THOMAS, ADMINISTRATOR, ENVIRONMENTAL PROTECTION AGENCY; and

No. 85–1748. SECONDARY LEAD SMELTERS ASSN., INC., ET AL. *v.* THOMAS, ADMINISTRATOR, ENVIRONMENTAL PROTECTION AGENCY. C. A. 4th Cir. Certiorari denied. Reported below: 780 F. 2d 445.

No. 85–1742. RAWL, ADMINISTRATOR OF THE ESTATE OF RAWL *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 85–1743. TEAMSTER'S LOCAL 317 *v.* CLINTON'S DITCH CO-OPERATIVE CO., INC., ET AL. C. A. 2d Cir. Certiorari denied.

No. 85–1745. PERRY *v.* FEDERAL BUREAU OF INVESTIGATION ET AL. C. A. 7th Cir. Certiorari denied.

No. 85–1751. OTTMAN CUSTOM PROCESSORS, INC., ET AL. *v.* BROCK, SECRETARY OF LABOR. C. A. 1st Cir. Certiorari denied.